UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALEXANDRA M. DEAN, et al.,

    Plaintiffs,

v.                                                              Case No. 3:25-cv-363-TJC-PDB

CHIEF JUSTICE JOHN ROBERTS,
et al.,

    Defendants.

## **O R D E R**

Proceeding without counsel, plaintiff Alexandra M. Dean filed this 65 page civil RICO action on April 3, 2025 on behalf of herself and thirteen other pro se plaintiffs, alleging that all nine Justices of the United States Supreme Court, one retired Supreme Court Justice, dozens of federal judges, attorneys, and others (43 defendants in all) were conspiring to undermine President Trump's mandates, and had violated various other state and federal laws, which plaintiffs seek to prosecute on behalf of President Donald J. Trump and Vice President James David Vance. See Doc. 1.

Along with the complaint, plaintiff Dean filed a motion for leave to proceed in forma pauperis, but instead of completing the form by answering the required questions about her financial status, she has written on the form that it is unconstitutional to require the disclosure of personal financial information.

See Doc. 2.

Dean also filed a "Notice to the Court to Enforce Federal and Executive Mandates" (Doc. 3) which demands that the Court enforce the laws plaintiffs allege have been violated without requiring plaintiffs to meet the required pleading standards, and stating "Defendants must face swift and just consequences for their actions, including the potential for capital punishment where appropriate." Doc. 3 at 21. Thereafter, an amended complaint (Doc. 4) and motion for leave to proceed in forma pauperis (Doc. 5) were purportedly filed by Jennie Tolliver, another of the named plaintiffs, but Dean then moved to strike those filings (Doc. 6), stating they were filed without authorization from Tolliver, who must be the victim of identity theft by someone seeking to perpetrate fraud upon the Court. Dean also filed a "Request for Investigative Support from DOGE to Expose Judicial Corruption and Title IV Securities Fraud" (Doc. 7) and a "Lawful Notice and Final Demand for Action" (Doc. 8) addressed to the internal affairs department of the Lee County, Florida prosecutor's office, demanding that her phone calls be returned and that criminal complaints she brought to the office's attention be acted upon, lest those who fail to act find themselves named as RICO defendants and possibly face the death penalty.

Even affording pro se plaintiff's papers the leniency they are due, this lawsuit, and each filing therein, is frivolous and malicious, intended to harass,

2

intimidate, and threaten defendants.[1]  Under 28 U.S.C. § 1915(e)(2)(B)(i), the Court is required to dismiss a frivolous or malicious in forma pauperis complaint.  See also Miller v. Donald, 541 F.3d 1091, 1100 (11th Cir. 2008) (describing a frivolous claim under § 1915(e) as one which "lacks an arguable basis either in law or in fact") (citing Neitzke v. Williams, 490 U.S. 319, 327 (1989)).[2]

Accordingly, it is hereby

**ORDERED**:

This case is dismissed without prejudice as frivolous and malicious under 28 U.S.C. § 1915(e)(2)(B)(i).  Any appeal would not be taken in good faith.  The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of May, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

---

[1] Alexandra Dean has filed numerous frivolous lawsuits in this court and around the country.  See, e.g., Dean v. Manhattan Supreme Court, No. 3:25-cv-19 (M.D. Fla. 2025); Dean v. Biden, No. 4:25-cv-1 (E.D. Mo. 2025); Dickerson v. Biden, No. 1:24-cv-4457 (N.D. Ga. 2024).

[2] Because the Court is dismissing this case under 28 U.S.C. § 1915(e)(2)(B)(i), it does not address the numerous other technical deficiencies with Dean's filings.

3

Copies:
Pro se plaintiffs